USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Attorney-in-Charge
White Plains*

November 14, 2019

Hon. Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Anthony Tejada**
    **19 Cr. 239 (AT)**

Your Honor:

With the consent of the government, I am requesting that the time to file Mr. Tejada's sentencing submission be extended from November 14, 2019 to November 21, 2019. Because I have had two trials and a multi-day suppression hearing in the last two months, I need the additional time to prepare the submission.

If the Court grants the request, the government's sentencing submission would be due on November 28, 2019.

Thank you for your attention to this matter,

Respectfully submitted,

Mark B. Gombiner
Attorney for Anthony Tejada

cc: A.U.S.A. Adam Hobson
    A.U.S.A. Frank Balsamello

---

GRANTED. By **November 21, 2019**, Defendant shall file his sentencing submission. By **December 2, 2019**, the Government shall file its sentencing submission. The sentencing scheduled for December 3, 2019 is ADJOURNED to **December 9, 2019**, at **1:30 p.m.**

SO ORDERED.

Dated: November 14, 2019
New York, New York

ANALISA TORRES
United States District Judge