```
UNITED STATES DISTRICT COURT                                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                               DOCUMENT
UNITED STATES OF AMERICA,                                   ELECTRONICALLY FILED
                                                            DOC #: _____
                                                            DATE FILED: __12/9/2019___

            -against-
                                                            19 Cr. 239 (AT)
ANTHONY TEJADA,
      a/k/a "YM,"                                           **ORDER**

                                    Defendant.
```

ANALISA TORRES, District Judge:

    The sentencing scheduled for December 9, 2019 is ADJOURNED to **December 12, 2019**, at **4:30 p.m.**

    SO ORDERED.

Dated: December 9, 2019
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge