```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/25/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ANTHONY TEJADA,

Defendant.

19 Cr. 239 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated August 15, 2025, the Government informed the Court that Mr. Tejada has requested to the Bureau of Prisons that his sentence issued in this case be directed to run concurrently to a separate sentence imposed in state court for a separate offense. *See* ECF No. 31. The Government argues that Mr. Tejada's federal sentence should run consecutively to his state sentence. *Id.* at 2. Accordingly, by **August 27, 2025**, Defendant shall respond to the Government's letter.

      SO ORDERED.

Dated: August 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge