UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ANTHONY TEJADA,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/2/2025
```

19 Cr. 239 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the Defendant's letter dated August 27, 2025. ECF No. 33. By **October 20, 2025,** Defendant shall file a letter responding to the Government's letter concerning the concurrent sentencing request. The Bureau of Prisons is respectfully directed to refrain from making a decision concerning the retroactive designation of Defendant's sentence until further directive from this Court.

    SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                          ANALISA TORRES
                                 United States District Judge